Michael H. Kim, Esq. (SBN 200792)
**MICHAEL H. KIM, P.C.**
14241 Firestone Blvd., Suite 400
La Mirada, California 90638
Telephone: (562) 293-4035
Facsimile: (888) 876-7572
Email: mkim@mhklawyers.com

LAW OFFICES OF MARYANN P. GALLAGHER
MARYANN P. GALLAGHER, SBN 146078
205 S Broadway, Suite 920
Los Angeles, CA 90012
Telephone: (213) 626-1810
Facsimile: (213) 626-0961
mail@mpg-law.com

Attorneys for Plaintiff
JARED WAGGONER, individually and on
behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARED WAGGONER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANERA, LLC, a Delaware Limited Liability Company; PANERA BREAD COMPANY, a Delaware Corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 5:25−cv−00622−JLS-AJRx<br><br>**ORDER OF DISMISSAL** |

The Court, having considered the Parties' Stipulation re Dismissal and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1.      THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to Plaintiff's individual claims, causes of action, and parties, with each party bearing that

- 1 -
ORDER OF DISMISSAL

party's own attorney's fees and costs;

2.    The Clerk is directed to close the file.

SO ORDERED.


Dated:    May 14, 2026

Josephine L. Staton

_____

Hon. Josephine L. Staton

United Stated District Judge

ORDER OF DISMISSAL